TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JENNIFER R. JACOBS (Cal. Bar No. 157609)
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-6167
     Facsimile: (213) 894-7819
     E-mail: jennifer.jacobs3@usdoj.gov

Attorneys for Defendants
United States of America and Joshua Bisch

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| DARLA DRINAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. 5:20-cv-01634-GW(SHK)<br><br>**DECLARATION OF MOTTI GABLER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION TO DISMISS**<br><br>Date: January 13, 2022<br>Time: 8:30 a.m.<br>Ctrm: 9D – First Street Courthouse<br><br>Hon. George H. Wu<br>United States District Judge |

1

### DECLARATION OF MOTTI GABLER

I, Matthew "Motti" Gabler, declare as follows:

1.     I am a forensic expert in the area of analyzing and clarifying audio and video evidence. I have worked as a forensic expert in this capacity on hundreds of cases, both criminal and civil.

2.     I have received training in analyzing and clarifying video and audio evidence from the National Center for Audio & Video Forensics (NCAVF), the Law Enforcement & Emergency Services Video Association International, Inc (LEVA), Cellebrite, Aspen University, conferences on forensics, as well as seminars and classes in this subject matter area.

3.     I am certified with the California State Bar to teach continuing education classes (MCLE) to attorneys titled, "Utilizing Audio and Video Evidence in Civil and Criminal Litigation."

4.     My training and experience are set forth more fully in my curriculum vitae, which is attached hereto as **Exhibit A**.

5.     I was retained by the United States in the case of *Darla Drinan v. United States, et al.*, Case No. 5:20-cv-01634-GW(SHK), to evaluate three pieces of video evidence: a video that I was informed was taken by Ms. Drinan with her cell phone on May 15, 2018 at a VA medical clinic in Oceanside, California, and two clips of video footage from two surveillance cameras at the clinic.

6.     The goal of my work in this case was to clarify the videos and the audio as much as possible to better see and hear the details of the incident that were captured on video.

7.     Ms. Drinan's cell phone video was made using an iPhone 7 Plus. This was established by reviewing the metadata and exif data, using the software program

2

1   Exiftool, to determine the make and model of phone used to record the video.

2   8.   <u>Creation of enhanced sequences</u>: The three videos provided to me (*i.e.*, the

3   cell phone video and the two surveillance clips) were transcoded using FFmpeg

4   into h264 utilizing a lossless conversion method. The transcoded videos were then

5   verified against the originals to confirm the lossless transcoding. Using Adobe

6   Premier, the three videos were synced together into a single sequence so that they

7   could be viewed simultaneously in one video, referred to as "Sequence A - Master

8   Sync," which is attached hereto as **Exhibit B**.

9   9.   I also enhanced a portion of the audio from the "iPhone video" using

10   iZotope to better hear what is said in the moments leading up to the events in and

11   near the elevator. This clip is labeled "Sequence C.2, Zoomed with Enhanced

12   Audio.mp4" and is attached hereto as **Exhibit C**.

13   10.   At approximately time index 00:00:38:70 on Exhibits B and C (the time

14   index was added by NACVF and is located in the lower right corner), someone is

15   heard saying "No", another person is heard saying, "Take the next elevator" and

16   Ms. Drinan is then heard saying, "No, you're not." Mr. Drinan is then heard

17   saying, "Get your hands off my wife."

18   11.   I created a loop of the video containing the words and phrases described in

19   the preceding paragraph to help the listener hear what is being said. This video

20   clip is labeled "Sequence I, 'Take the Next Elevator' Loop, v1.mp4" and is

21   attached hereto as **Exhibit D**.

22   12.   Attached hereto as **Exhibits E, F** and **G** are frames extracted from Exhibit A

23   at time indices (lower right corner) 00:38:53, 00:38:70 and 39:23, respectively.

24   13.   On August 30, 2021, I visited the VA clinic in Oceanside where the cell

25   phone video was recorded in order to conduct an analysis to determine where Ms.

26   Drinan was standing when the officer said "Take the next elevator." I conducted

27   this analysis as follows: I recorded several videos recreating the approximate

28   3

positioning of Ms. Drinan near the elevator on the day in question. I did this with an iPhone 7, which was utilizing the same lens that Ms. Drinan's iphone 7 Plus used to video the incident. I then compared the videos I created on this date to the cell phone and surveillance videos to ascertain approximately where Ms. Drinan was standing during certain moments during the incident. This method of photogrammetry follows the basic guidelines of reverse projection photogrammetry as outlined by the Scientific Working Group on Digital Evidence (SWGDE).

14.    The results of the analysis conducted in the preceding paragraph are as follows: At approximately time index 00:00:38:70, located in the lower right corner of "Sequence A - Master Sync" (Exhibit B), what sounds like a man is heard saying "No," another apparently male voice is heard saying, "Take the next elevator" and Ms. Drinan is then heard saying, "No, you're not." The photogrammetry for time index 00:00:38:70 proves, to a reasonable degree of scientific certainty, that Ms. Drinan was outside the elevator by approximately 2.5 feet at the moment the officer said, "Take the next elevator."

I declare the foregoing is true and correct under penalty of perjury. Executed this 9 day of December 2021 at Los Angeles, California.

Matthew "Motti" Gabler

4