# NCAVF
### national center for audio & video forensics



Wednesday, November 17, 2021

# Darla Drinan v US

## Forensic Report

This report was created by Matthew "Motti" Gabler, Forensic Expert at the National Center for Audio and Video Forensics, NCAVF, located at 6363 Wilshire Boulevard, Suite 115, Los Angeles, CA 90048, 213-973-7811. This report was written based on evidence, information, and data available at the time this report was prepared and is subject to revision should additional information or evidence be made available. NCAVF is a full service audio, video, and digital evidence forensics company, providing enhancement, analysis and preparation of evidence used in mediation, arbitration, and court.

**1.** Experience of Matthew "Motti" Gabler:
As a forensic expert, Mr. Gabler is involved in all stages of the analysis and enhancement of audio and video evidence. Mr. Gabler evaluates and analyzes evidence and oversees the analysis and enhancement process to make sure the work is done in accordance to the needs and requests of each individual case. He has worked as a forensic expert on hundreds of cases, both criminal and civil, and has assisted police officers, detectives, insurance investigators, district attorneys, public defenders, private attorneys, and corporations across the country. Mr. Gabler has received formal training in forensic video and audio analysis from NCAVF, the Law Enforcement & Emergency Services Video Association International, Inc (LEVA), Cellebrite, Aspen University, conferences on forensics, seminars, and classes. Mr. Gabler is present throughout the entire forensic process, from speaking with clients, to processing evidence, to going to court to present and/or testify on evidence and he has testified in many trials. Mr.

Forensic Video Production • Digital Media Enhancement & Analysis • Expert Witness • Surveillance System Consultant

Motti@NCAVF.com
NCAVF.com

Recover. Enhance. Analyze. Prepare. Testify.

6363 Wilshire Boulevard, Suite 115
Los Angeles, CA  90048
213-973-7811

EXHIBIT A

Gabler is also certified with the California State Bar to teach continuing education classes (MCLE) to attorneys titled, "Utilizing Audio and Video Evidence in Civil and Criminal Litigation."

Prior to his career as a Forensic Expert and Case Manager, Mr. Gabler spent nearly 15 years as an Emergency Medical Technician. He spent many years working on ambulances and responding to 911 calls for the cities of Torrance and Santa Monica. Mr. Gabler also spent several years working in the field of industrial paramedicine as a set medic for the film and television industry. As a set medic, Mr. Gabler worked on dozens of productions ranging from television shows, to feature films and tv commercials.

**2.** Equipment and software used for this case:

MacBook Pro OS Big Sur ver 11.2.3

Adobe Premier Pro, ver 22.0.0 (build 169)

FFmpeg v4.4

iZotope RX 8 Advanced Audio Editor (64 bit), v 8.1.0.544

Exiftool v 12.13

**3.** Receipt of evidence:

On 06/02/2021, NCAVF was sent the following evidence files:

"2 fl w corridor.avi"

(From this point forward to referred to as "Ch20 video")

"2 floor w stairwell.avi"

(From this point forward to referred to as "Ch19 video")

"IMG_5331.mp4"

(From this point forward to referred to as "iPhone video")

The files were all delivered to NCAVF via upload through USAfx by counsel.

**4.** Processing and analysis of evidence:

Forensic Video Production • Digital Media Enhancement & Analysis • Expert Witness • Surveillance System Consultant

Motti@NCAVF.com
NCAVF.com

Recover. Enhance. Analyze. Prepare. Testify.

6363 Wilshire Boulevard, Suite 115
Los Angeles, CA 90048
213-973-7811

Forensic Video Production • Digital Media

EXHIBIT A

6

The goal of our work in this case was to clarify the videos and the audio as much as possible to better see and hear all pertinent details of the incident that were captured on video . The first step in accomplishing this was to create what we refer to as a "Master Sync" video sequence. The "Master Sync" allows all three camera angles (the two surveillance videos and the cell phone video) to be viewed in real time, synced together, in a single playable composite video.

On 08/30/2021 I visited the VA clinic in Oceanside where the video was recorded. I conducted an analysis of the area visible within the three videos by recording a demonstrative video. Here is what I did:

The "iPhone" video was recorded by Ms. Drinan using an iPhone 7 Plus. This was established by reviewing the metadata and exif data, using the software program Exiftool, to determine the make and model of phone used to record the "iPhone video". Using an iPhone 7 Plus, I recorded several videos recreating the approximate positioning of Ms. Drinan near the elevator on the day in question. The goal was to use this information to ascertain approximately where she was standing during certain moments during the incident. I compared the videos I created on this date to the three videos provided to make these determinations. This method of photogrammetry follows the basic guidelines of reverse projection photogrammetry as outlined by the Scientific Working Group on Digital Evidence (SWGDE). The results of this analysis are discussed below in section 6.

**5.** Creation of enhanced sequences:

The three videos provided to us were transcoded using FFmpeg into h264 utilizing a lossless conversion method. The transcoded videos were then verified against the originals to confirm the lossless transcoding. Using Adobe Premier, the three videos were synced together into a single sequence so that they could be viewed simultaneously in one video, referred to as the "Master Sync". Several additional videos were created to attempt to stabilize the video to better see the interactions between Ms. Drinan and officers. A portion of the audio from the "iPhone video" was also enhanced using iZotope to better hear what is said in the moments leading up to the events in and near the elevator.

Forensic Video Production • Digital Media Enhancement & Analysis • Expert Witness • Surveillance System Consultant

Motti@NCAVF.com
NCAVF.com

Recover. Enhance. Analyze. Prepare. Testify.

6363 Wilshire Boulevard, Suite 115
Los Angeles, CA  90048
213-973-7811

EXHIBIT A

7

The video sequences created by NCAVF are called:

"Sequence A, Master Sync.mp4"

"Sequence B, Trimmed to Incident.mp4"

"Sequence C, Zoomed.mp4"

"Sequence C.2, Zoomed with Enhanced Audio.mp4"

"Sequence D, Stabilized Cell Phone Footage.mp4"

"Sequence E, Stabilized Cell Phone Footage, Slow Motion.mp4"

"Sequence F, Master Sync, with Tracking Arrows.mp4"

"Sequence G, Trimmed to Incident, with Tracking Arrows.mp4"

"Sequence H, Zoomed, with Tracking Arrows.mp4"

"Sequence I, 'Take the Next Elevator' Loop, v1.mp4"

"Sequence J, 'Take the Next Elevator' Loop, v2.mp4"

"Motti's Demonstrative Analysis, v1.mp4"

"Motti's Demonstrative Analysis, v2.mp4"

Still images taken on site at the VA Clinic

Still frames extracted from "Sequence A, Master Sync.mp4"

**6.** Conclusions:

At time index 00:00:38:70 one of the officers is heard saying, "Take the next elevator". Ms. Drinan is then heard saying, "No, you're not".

The photogrammetry for time index 00:00:38:70 proves within a reasonable amount of scientific certainty that Ms. Drinan was outside the elevator by approximately 2.5 feet at the moment the officer orders her to, "Take the next elevator".

**7.** Supportive documentation:

My full CV is attached separately. My CV lists cases on which I have testified over the past four or more years. The SWGDE document discussing Reverse Projection Photogrammetry is attached separately.

Forensic Video Production • Digital Media Enhancement & Analysis • Expert Witness • Surveillance System Consultant

Motti@NCAVF.com
NCAVF.com

Recover. Enhance. Analyze. Prepare. Testify.

6363 Wilshire Boulevard, Suite 115
Los Angeles, CA 90048
213-973-7811

EXHIBIT A

**8.** Rates:

NCAVF typically charges $310 per hour for consulting, enhancement, and analysis, and $475 per hour for testifying in deposition or court. As of the date of this report, NCAVF has, or will, bill for approximately $19,923.50.

Executed November 17, 2021 at Los Angeles, CA.

Matthew "Motti" Gabler
Forensic Expert
www.NCAVF.com
213.973.7811

Forensic Video Production • Digital Media Enhancement & Analysis • Expert Witness • Surveillance System Consultant
Motti@NCAVF.com
NCAVF.com            Recover. Enhance. Analyze. Prepare. Testify.
6363 Wilshire Boulevard, Suite 115
Los Angeles, CA 90048
213-973-7811

EXHIBIT A

9




Matthew "Motti" Gabler
Forensic Expert
The National Center for Audio and Video Forensics

Curriculum Vitae (April 09, 2021)

6363 Wilshire Blvd, Suite 115　　　　　　　　　　　　　　　　　　phone:(213) 973-7811
Los Angeles, California, 90048　　　　　　　　　　　　　　　　　email: motti@ncavf.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NCAVF.com

**About**

Matthew Gabler began working at NCAVF as a case manager in August of 2014. While performing his duties as case manager, he received training in forensics. During this process, Mr. Gabler received formal training and experience in the forensic analysis and enhancement of video, still image, and audio evidence from NCAVF. He also attends seminars and classes on the forensic analysis of digital evidence, and he has also instructed at a forensic conference on digital evidence analysis. Mr Gabler also received training in the forensic examination of cell phones, tablets, and other devices using Cellebrite's UFED Physical Analyzer.

As a forensic expert, Mr. Gabler works on cases by both managing and assisting in the analysis and enhancement process. Mr. Gabler evaluates and analyzes evidence and oversees the enhancement process to make sure the work is done in accordance to the needs and requests of each individual case. He has worked as a forensic expert on hundreds of cases, both criminal and civil, and has assisted police officers, detectives, insurance investigators, district attorneys, public defenders, private attorneys, and corporations across the country. Mr. Gabler is also a forensic expert in firearms. He served in the United States Air Force and has training and experience in the use, identification, and functionality of firearms. As Case Manager, Mr. Gabler supervised and managed nearly all of NCAVF's cases and worked closely with NCAVF's clients, attorney's, other forensic experts, and other contacts. Mr. Gabler is present throughout the entire forensic process, from making the initial contact with attorneys and clients, to processing evidence, to going to court to present and/or testify on evidence. As both Case Manager and Forensic Expert, he has testified in many trials. Mr. Gabler is also certified with the California State Bar to teach continuing education classes (MCLE) to attorneys titled, "Utilizing Audio and Video Evidence in Civil and Criminal Litigation."

Prior to a career as a Forensic Expert and Case Manager, Mr. Gabler spent nearly 15 years as an Emergency Medical Technician. He first became an EMT in 1998, while in college, and began his EMS career working in sports paramedicine as a sideline medic for football games. Soon after that, he moved to Los Angeles where he worked for an ambulance company responding to 911 calls for the cities of Torrance and Santa Monica. Mr. Gabler also spent

EXHIBIT A

several years working in the field of industrial paramedicine as a set medic for the film and television industry. As a set medic, Mr. Gabler worked on dozens of productions ranging from television shows, to feature films and tv commercials. During these many years experience working in EMS, Mr. Gabler gained experience working with and around other EMS personnel, fire fighters, and law enforcement officers; experiences which have proved invaluable in assisting with many cases.

**Certifications, Memberships, and Training**
High Tech Crime Consortium (HTCC)
Audio Engineering Society (AES)
Cellebrite Forensic Examiner - Trained (Cell Phones, Tablets, Devices)
Forensic Examiner in Video - Trained
Forensic Examiner in Still Image - Trained
Forensic Examiner in Audio - Trained
Techno Security and Digital Forensics Conference (2019, 2020)
FBI Next Generation Identification (Biometrics, Fingerprints, Facial Recognition, Iris ID) - FBI
       (Criminal Justice Information Services Division)
Tactical Pistol Certification (NRA/Shoot Safe Learning)
Advanced Tactical Pistol Certification (NRA/Shoot Safe Learning)
Tactical Rifle Defense (NRA/Shoot Safe Learning)
California Dept. of Justice Handgun Safety Certification
Tactical Concepts for Law Enforcement Operations (Lt. Pearson, Fort Collins Police Dept.)
Optics to Increase Survivability for Officers in Unpredictable Environments (ELCAN/Raytheon)
Los Angeles County Emergency Medical Services, EMT-1 (Retired)
Emergency Medical Services Academy (Allan Hancock College)
Los Angeles County Superior Court Expert Witness Panel
San Francisco County List of Approved Expert Witnesses
Maricopa County List of Approved Expert Witnesses
EVOC Certification
CEVO-II Certification
Hazmat Certification
Bloodborne Pathogens (National Safety Council) Certification
Community First Aid and Safety (CA State Title 22) Certification
Open Water and Master SCUBA Diver (PADI and Naui) Certification
United States Citizen

**Teaching and Speaking Engagements**
California Association of Licensed Investigators
       Collection, Preservation, and Analysis of Digital Video Evidence
Techno Security and Digital Forensics Conference
       Collection, Preservation, and Analysis of Digital Video Evidence
Riverside Bar Association
       MCLE - Utilizing Video, Audio, & Still Image Evidence in Court
Santa Barbara Paralegal Association

EXHIBIT A

MCLE - Utilizing Video, Audio, & Still Image Evidence in Court
CSUN Alumni Attorney Association
    MCLE - Utilizing Video and Audio Evidence in Criminal and Civil Litigation

**Education**
- Allan Hancock College, Santa Maria, CA - A.A. Liberal Arts, 2001
- Aspen University, Denver, CO - B.S. Criminal Justice (in progress, Sr.)

**Testimony**
- Video Analysis      26 times
- Audio Analysis      6 times
- Still Image Analysis      3 times
- Cell Phone Analysis      4 times
- Firearms      1 time

**Criminal and Civil Cases**

Attorney Bryan O'Conner, O'Conner Law Group
- Alcorn v City of Chicago (testified in deposition) - video analysis

Attorney Ginger Mooney, Ginger G. Mooney, LLC
- Curry v Laney (testified in court) - video analysis

Attorney Warren Shiell, Law Offices of Warren Shiell
- Alexis Schrage v Leonard Schrage (testified in court) - video analysis

Attorney Melanie Pfeifer, Daphne Edwards Divorce & Family Law, PC
- Sarah Lee v David Hur (testified in court) - video/audio analysis

Attorney Benny Bakshandeh, Los Angeles County Public Defender
- People v Antwan Wells (testified in court) - video analysis

Attorney Stacey Sullivan, Liebert, Cassidy, Whitmore
- Gutierez v City of Rialto (testified in court) - video analysis

Attorney Chandra Moss, Holstrom, Block & Parke, APLC
- Tanner Gill v Danielle Gill (testified in court) - cell phone analysis

Attorney Steven Glickman, Glickman & Glickman, A Law Corporation
- Sheldon Lockett v County of Los Angeles (testified in deposition) - cell phone analysis

Attorney Michael R. Nebenzahl, Burke, Williams, Sorensen, LLP
- Dib v City of Beverly Hills (testified in deposition) - video analysis

Attorney Simon Budhwani, Core Law Group, LLP
- Sadeghi v Sadeghi (testified in court) - audio analysis, video analysis

EXHIBIT A

Attorney Pamela Jones, Los Angeles County Public Defender
- People v Salvador Espinoza (testified in court) - video analysis

Attorney John Carpenter, Carpenter, Zuckerman & Rowley
- Jason Ashley v Krehbiel (testified in deposition) - video analysis

Attorney Steven Glickman, Glickman & Glickman, A Law Corporation
- Francesco Galasso, et al. v Randal D. Haworth, M.D. (testified in deposition) - video analysis

Attorney Anna Karczag, Encore Law Group, LLP
- Luis Moro v Ari Lezama (testified in court) - cell phone analysis, video analysis, audio analysis

Attorney Stephanie Zacarias, Los Angeles County Public Defender
- People v Kobe Bell (testified in court) - video analysis

Attorney Laurie Harrold, Mark R. Weiner & Associates
- Toledo v Abnoosian (testified in court) - video analysis

Attorney Brad Beherns, Hayes, Ortega & Sanchez, LLP
- Gricelda Perez v City of Ontario (testified in court) - video analysis

Attorney Salvatore Ciulla, Law Office of Salvatore Ciulla
- People v Houssin Nayeri (testified in court) - still image analysis

Attorney Mike Wallace, Law Office of Mike Wallace
- US v Leon Martinez (testified in Federal court) - still image analysis

Attorney John Howard, Lowthorp, Richards, McMillan, Miller & Templemen
- Caceres v City of Fontana (testified in deposition & court) - video analysis

Attorney Michael Levin, Wegman & Levin
- People v Terry Gillard (testified in court) - video analysis, cell phone analysis

Attorney Amanda Touchton, Touchton & Weinberger LLP
- People v Jamal Frazier (testified in court) - video analysis

Attorney Kamau Edwards, Hartsuyker, Sratman & Williams-Abrego
- Dietrich Lee v 1377 Imperial, LLC, et al. (testified in court) - video analysis

Attorney James Clark, Law Office of James Stillman Clark
- People v Chris Hoover (testified in court) - audio analysis

Attorney Michael Duggan, The Law Office of Michael Duggan
- People v Robert Mitchell (testified in court) - video analysis

EXHIBIT A

Attorney Charles Lew, The Lew Firm, APC
- Ron Masson v Stephanie Paine (testified in court) - audio analysis

Attorney Arthur Allen, Office of the Public Defender Green County
- Appeal of Neil Johnson (testified in court) - video analysis

Attorney Kerry Armstrong, Law Offices of Kerry L. Armstrong
- People v John Neuhart II (testified in court) - video analysis

Attorney Azad Jingozian, Law Offices of Azad Jingozian
- People v Salman Sajid (testified in court) - still image analysis

Attorney Doug Rhoades, Mendocino County Alternate Public Defender's Office
- People v Ryan Maxstadt (testified in court) - video analysis, audio analysis, and firearms

Attorney Leonard Becker, Leonard S. Becker, Attorney at Law
- Bragar v Chicago Transit Authority (testified in court) - video analysis

Attorney Chris Napolitano, Ensz & Jester, P.C.
- Kimberly Whyley v Village of Oakview, et al. (testified in deposition) - video analysis, audio analysis

Attorney Gil Arbel, Southern California Legal Advocates
- People v Jack Shlush (testified in court) - audio analysis

Attorney Arthur Allen, Missouri State Public Defender's Office
- Appeal of Neil Johnson (testified in court) - video analysis

Attorney Marty O'Toole, Law Offices of Marty O'Toole
- People v Derek Howell

Attorney Karen Evans, The Cochran Firm, D.C.
- Robin Andrews v NRH

Attorney Alex Sario, Los Angeles Alternate Public Defender's Office
- People v Gildardo Salazar

Attorney Bill Kennedy, Rupp Baase Pfalzgraf Cunningham, LLC
- Aaron Woods v Matthew Bruenn, et al.

Attorney Patrick Dwyer, Patrick H. Dwyer Attorney At Law
- People v Brendan Coleman

Attorney Michael LaHammer, LaHammer Law Firm, PC
- US v Carl Linden Jr.

EXHIBIT A

Attorney Natalie Price, Lawrence, Beach, Allen & Choi
- Holmes v Orange County Sheriff's Dept.

Attorney Patrick Dwyer, Patrick H. Dwyer Attorney At Law
- People v Brendan Coleman

Attorney Paul Burleigh, LeClairRyan LLC
- Angela & David Nazarene v My Alarm Center, ACS Security Services

Attorney Kendra Morries, O'Melveny & Meyers, LLP
- Troian v California Institute of Technology

Attorney Bill Kennedy, Rupp Baase Pfalzgraf Cunningham, LLC
- Aaron Woods v Matthew Bruenn, et al.

Attorney Bill Weston, Weston Herzog, LLP
- Hector Serna Williams v Robertson Electric Services

Attorney Jonathan Herzog, Weston Herzog, LLP
- Theresa Williams v Albertson's (testified in court) - video analysis

Attorney David Vandercoy, County of Santa Clara Public Defender's Office
- US v Anton James

Attorney Richard Rivera, Law Office's of Richard Rivera
- People v Jazdion Gabriel
- People v Jerrod McKenzie

Attorney Vanessa Hierbaum, County of Santa Clara Public Defender's Office
- Peng v Liu (testified in court) - audio analysis

Attorney Tony Sain, Manning & Kass, Ellrod, Ramirez, Trester LLP
- Gamino v County of Riverside

Attorney Christopher Bagnaschi, Law Offices of Christopher Bagnaschi
- Beverly Isaacs v Apple Inc

Attorney Kayleigh McGuinness, Manning & Kass, Ellrod, Ramirez, Trester LLP
- Centeno v Fresno

Attorney Long Liu, Liu Law Firm
- Cathy Cai v USA First Credit Card, Inc.

Attorney Kayleigh McGuinness, Manning & Kass, Ellrod, Ramirez, Trester LLP
- Centeno v Fresno

EXHIBIT A

Attorney Nathalie Vallejos, Claypool Law Firm
- Jeanette Finicum v Oregon State police and FBI

Attorney Laurie Harrold, Mark R. Weiner & Associates
- Shokoufeh Rezvani v Julian Vasquez

Attorney Elizabeth Fitzgerald, Los Angeles City Attorney's Office
- Mathew Whitmire v Constance White, and City of Los Angeles

Attorney Daniel Portman, County of Santa Clara Public Defender's Office
- People v Jesse Yanez (testified in court) - video analysis

Attorney Martin Holly, Manning & Kass, Ellrod, Ramirez, Trester LLP
- Trang Le Truong v Target Corp. (testified in court) - video analysis
- Lillian Mena v Target

Client Pro Per
- Halliday v Spjute, Jean Noll, et al.

Attorney David Porras, AMARO l BALDWIN
- Janet Marie Finlay/Jack Finlay v Stater Bros. Markets

Attorney Sean Claggett, Claggett & Sykes Law Firm
- Kutner et al. v Gibbs et al.

Attorney Maribel Hernandez, Klein - DeNatale - Goldner Attorneys at Law
- Tyrice Turner v Coolbox Management, LLC

Attorney Raymond Hua, Yukevich l Cavanaugh
- Leading Insurance Group Ins. Co., Ltd. v Everbrite LLC, et al.

Attorney Rudie Baldwin, AMARO l BALDWIN
- Antonia Santiago v Harbor Distributing, et al.

Attorney Demi Tolbert, County of Riverside Public Defender's Office
- People v Elias Lopez

Attorney Steve Brody, Steve Brody Attorney at Law
- US v Mike Aguilar

Attorney Darren McBratney, Zinder, Koch, & McBratney
- Todd Hansen v Sir Mix Concrete

Attorney Louis J. Shapiro, Law Offices of Louis J. Shapiro
- People v Sholom Goodman

EXHIBIT A

Attorney Csaba Palfi, County of Los Angeles Public Defender's Office
- People v Harry Keo

Attorney Lisa Simons, Law Offices of Robert W. Lyons
- US v Andy Chan

Attorney Rita Badhan, County of Los Angeles Public Defender's Office
- People v Kevin Scott

Attorney F. Michael Ayaz, Blake & Ayaz, A Law Corp.
- Irene Lopatic v Rosanna, Inc.

Attorney Elizabeth Jimenez, Law Office of Elizabeth Jimenez
- People v Steven Castillo

Attorney Scott Spindel, Melnick & Spindel
- People v John Pulskamp (testified in court) - video analysis, firearms

Client Pro Per
- Roy Penuela v Isabella Penuela

Attorney Chad Prentice, Maho & Prentice, LLP
- Patricia Germann v Target, et al.

Attorney Keith Rozanski, Haight Brown & Bonesteel LLP
- Moctezuma v Big Lots
- Jorge Anderson v Hieu Tran

Attorney Brent Merritt
- People v Charleton Sanders

Attorney Angela Powell, Manning & Kass, Ellrod, Ramirez, Trester LLP
- Claudius E. Gaines, III v Regents of the University of California

Attorney Amy Pope, Manning & Kass, Ellrod, Ramirez, Trester LLP
- Hertz v Voss Enterprises

Client Pro Per
- People v James Moroz

Attorney Jimmie Johnson, Law Offices of Jean Kwon, APLC
- People v Ronal Rhee

Attorney Gina Calderon, Mark R. Weiner & Associates
- Pashyan v Raad, Inc.

EXHIBIT A

Attorney David Lopez-Negrete
- People v Bart W. Dietzmann

Attorney Walter Gordon
- People v Jordan English

Attorney Victoria Orafa, A.O.E. Law & Associates
- Benjamin Hernandez v County of Los Angeles

Attorney John Greenwood
- E. Melissa Aguilar v Greg Kimmel

Attorney Mary Burton, County of Los Angeles Public Defender's Office
- People v Dominique McGuire

Attorney John Bell, Kuzyk Law, LLP
- Maria Burkhart v Winco Foods

Attorney Yarrow Neubert, County of San Bernardino Public Defender's Office
- People v Edly Atherly

Attorney Tony Lupo, County of Los Angeles Public Defender's Office
- People v Brandon Golden-Taliferro

Attorney Bernadette Bantly, Bradley, Curley, Asiano, Barrabee, Abel, & Kowalski
- Quintela v Nguyen

Attorney Paul Grech, Law Offices of Paul Grech, Jr.
- People v Victor Ramirez

Attorney Stratton Barbee, Law Office of Stratton S. Barbee
- People v James Fairly

Attorney Marilyn Victor, Manning & Kass, Ellrod, Ramirez, Trester LLP
- Shane Chase, et al. v Jerry Lizarraga

Attorney Stacie Bilyeu, Askinosie & Bilyeu LLC
- People v Chad Luthy

Attorney Lynn Shinto, Law Offices of Devirian & Shinmoto
- Associated Ready Mixed Concrete, Inc. v Granite Construction, et al.

Attorney Luis A. Carrillo, Law Offices of Luis A. Carrillo
- Penelope Armstrong v County of Los Angeles

Attorney Michael Amaro, Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP
- Hector Leon v Golf N' Stuff

EXHIBIT A

Attorney Michael Schwartz; Rains Lucia Stern, PC
- Ron Thomas v Ramos & Cicinelli

Attorney Barry Hassenberg; Lewis Brisbois Bisgaard & Smith LLP
- Ron Thomas v City of Fullerton

**Cases For Law Enforcement, District Attorneys, etc.**

Detective Richard McDonald, Eddy County Prosecutor's Office
- State of New Mexico v Jerrold Chavarria

Oakland PD Internal Affairs Division, Oakland Police Department
- Oakland PD OIS Investigation

Detective Francis Hardiman, Los Angeles County Sheriff's Department
- Vaquerito Homicide Investigation, Case 018-18070-2173-011

Assistant District Attorney Cathy Lee, Los Angeles County District Attorney's Office
- People v Brian Barrale

Detective Joseph Horsman, Sonoma County Sheriff's Office
- Rohnert Park Police OIS Investigation

Detective Ralph Ballew, Rialto Police Department
- Baseline Rd Homicide Investigation Case # DR931901693

Detective Scott Mueller, Minnesota Bureau of Criminal Apprehension
- Minnesota OIS, Case # 2018/457
- Lake Elmo OIS, Case # 2018-301

Investigator Anna Hazel, Merced County District Attorney's Office
- Nightclub Brawl Investigation

Detective Jeffrey Toney, Sonoma County Sheriff's Office
- Porter Creek Homicide Investigation

Detective Carlos Macias, Ventura County Sheriff's Department
- Vergara Investigation, Case# 17-146302

Detective Chris Gamm, Shawano County Sheriff's Department
- James Radford Homicide Investigation, Case # S16-03693

Asst. District Attorney Lucas See, Hardy County Prosecuting Attorney's Office
- State of West Virginia v Jerud Crites

Forensic Video Production • Enhancement & Analysis • Expert Witness • Surveillance System Consultant
Motti@NCAVF.com
NCAVF.com
6363 Wilshire Boulevard, Suite 115
Los Angeles, CA  90048
213-973-7811

EXHIBIT A