


EXHIBIT E