


EXHIBIT F

21

00:0