TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JENNIFER R. JACOBS (Cal Bar No. 157609)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6167
    Facsimile: (213) 894-7819
    E-mail: Jennifer.jacobs3@usdoj.gov

Attorneys for Defendants
United States of America and Joshua Bisch

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA DRINAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendant. | No. 5:20-CV-01634 GW (SHK)<br><br>**NOTICE OF LODGING OF NON-PAPER VIDEO**<br><br>Honorable George Wu<br>United States District Judge |

1

PLEASE TAKE NOTICE that Defendants United States of America and Joshua Bisch have LODGED with the Court one non-paper physical exhibit. The non-paper physical exhibit is a CD containing three video clips, which are Exhibits B, C and D to the Declaration of Matthew "Motti" Gabler (ECF 54-2) as follows:

    Exhibit B:    "Sequence A – Master Sync"

    Exhibit C:    "Sequence C.2, Zoomed with Enhanced Audio.mp4"

    Exhibit D:    "Sequence I, 'Take the Next Elevator' Loop, v1.mp4"

Dated: December 17, 2021          Respectfully submitted,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   /s/ *Jennifer R. Jacobs*
JENNIFER R. JACOBS
Assistant United States Attorney

Attorneys for Defendants
United States of America and Joshua Bisch