# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-1634-GW-SHKx | Date | February 14, 2023 |
| Title | *Darla Drinan v. United States of America, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on February 14, 2023. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for March 16, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on March 15, 2023.

                                                                    :

Initials of Preparer    JG