JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| DARLA DRINAN, | No. EDCV 20-1634-GW-SHKx |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, et al., | Honorable George Wu<br>United States District Judge |
| Defendants. | |

Having reviewed the parties' Stipulation for Dismissal with Prejudice and good cause appearing therefor:

IT IS HEREBY ORDERED THAT the above-captioned action is dismissed in its entirety with prejudice.

IT IS FURTHER ORDERED THAT the parties shall bear their own respective attorney's fees, costs and expenses.

Dated: March 14, 2023

*/s/ George H. Wu*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1

Submitted by:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/--Jennifer R. Jacobs

----

JENNIFER R. JACOBS
Assistant United States Attorney

Attorneys for Defendants